IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SYBIL ANGELA BYNUM-WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00265-MTT |
| | * |
| CHRISTOPHER RICHARD SCUDERI, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of January, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk