IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SYBIL ANGELA BYNUM-WILLIAMS , | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00265-MTT |
| | * |
| CHRISTOPHER RICHARD SCUDERI, *In His Individual Capacity* | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Cooper, Barton & Cooper, LLP $36,846.20 in attorney fees and costs from the settlement proceeds in this action.

This 11th day of September, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk